UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 4:10CR584(JCH) |
| KURT J. SIMMONS, | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that this case is set for trial on **February 14, 2011**, in the courtroom of the undersigned at 9 a.m.

Dated this 22nd day of December, 2010

                                          \s\ Jean C. Hamilton
                                  UNITED STATES DISTRICT JUDGE